Fill in this information to identify the case:

Debtor name _____**Excell Communications, Inc.**_____

United States Bankruptcy Court for the:

_____**Eastern District of New York**_____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other_____ | $3,543,680.29 |
| **For prior year:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY     MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other_____ | $23,107,000.00 |
| **For the year before that:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY     MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other_____ | $265,140,000.00 |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY | | |
| **For the year before that:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY | | |

| Debtor | **Excell Communications, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **See Attached SOFA Schedule 3.1**<br>Creditor's name<br><br>Street<br><br><br>City          State     ZIP Code | _____<br><br>_____<br><br>_____ | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See Attached SOFA Schedule 4.1**<br>Creditor's name<br><br>Street<br><br><br>City          State     ZIP Code | _____<br><br>_____ | **$0.00** | _____<br><br>_____<br><br>_____ |
| Relationship to debtor | | | |
| _____ | | | |

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page 2

| Debtor | **Excell Communications, Inc.** | | Case number *(if known)* | |
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 5.1. | **Nash Lumber Merchandising Corp.** | **143 Pine Aire, Bay Shore, NY** | **12/31/2024** | |
| | Creditor's name | | | |
| | **248 Route 25A Pmb 40** | | | |
| | Street | | | |
| | **Attn: Michael Corsello** | | | |
| | **East Setauket, NY 11733-2954** | | | |
| | City            State    ZIP Code | | | |
| 5.2. | **J.R.P. Realty LLC** | **44 Middle Ave, Summit, NJ** | **01/29/2025** | |
| | Creditor's name | | | |
| | **1107 Valley Rd** | | | |
| | Street | | | |
| | **Attn: James R. Prisco, Managing Member** | | | |
| | **Stirling, NJ 07980** | | | |
| | City            State    ZIP Code | | | |
| 5.3. | **Loco Meletio Development LP** | **315 S. Ceasar Chavez, Apt 1322, Dallas, TX** | **11/12/2024** | |
| | Creditor's name | | | |
| | **400 N Ervay St Ste 150** | | | |
| | Street | | | |
| | **Att: Officer, Manager, Authorized Agent** | | | |
| | **Dallas, TX 75201-3134** | | | |
| | City            State    ZIP Code | | | |
| 5.4. | **123 Clinton Realty Corp.** | **123 Clinton Avenue, Mineola, NY** | **12/02/2024** | |
| | Creditor's name | | | |
| | **200 Old Country Rd Ste 590** | | | |
| | Street | | | |
| | **Att: A. Battisti and R. Battisti** | | | |
| | **Mineola, NY 11501-4239** | | | |
| | City            State    ZIP Code | | | |
| 5.5. | **Richard Runge** | **2 Carol Ct, Dix Hills, NY** | | |
| | Creditor's name | | | |
| | **PO Box 146** | | | |
| | Street | | | |
| | **Roslyn Hts, NY 11577-0146** | | | |
| | City            State    ZIP Code | | | |
| 5.6. | **FB4 Realty, LLC** | **200 Townline Rd, Kings Park, NY** | **02/04/2025** | |
| | Creditor's name | | | |
| | **201 Moreland Rd Ste 2** | | | |
| | Street | | | |
| | **Att: Paul J. Farino, Member** | | | |
| | **Hauppauge, NY 11788** | | | |
| | City            State    ZIP Code | | | |
| 5.7. | **Altec Capital Services, Inc.** | **See SOFA Schedule 5.7** | | |
| | Creditor's name | | | |
| | **33 Inverness Center Pkwy Ste 200** | | | |
| | Street | | | |
| | **Att: Officer, Manager or Authorized Agent** | | | |
| | **Birmingham, AL 35242-7642** | | | |
| | City            State    ZIP Code | | | |

| Debtor | **Excell Communications, Inc.** | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 5.8. | **Merchants Fleet (Merchants Automotive Group, LLC)** | See SOFA Schedule 5.8 | |
| | Creditor's name | | |
| | **14 Central Park Dr # 1** | | |
| | Street | | |
| | **Att: Officer, Manager, Authorized Agent** | | |
| | **Hooksett, NH 03106-2507** | | |
| | City                State        ZIP Code | | |
| 5.9. | **CTOS Rentals, LLC** | See SOFA Schedule 5.9 | |
| | Creditor's name | | |
| | **7701 Independence Ave** | | |
| | Street | | |
| | **Att: Officer, Manager, Authorized Agent** | | |
| | **Kansas City, MO 64125-1300** | | |
| | City                State        ZIP Code | | |
| 5.10. | **Global Rental Co. Inc.** | See SOFA Schedule 5.10 | |
| | Creditor's name | | |
| | **34 Inverness Center Pkwy Ste 200** | | |
| | Street | | |
| | **Att: Officer, Manager, Authorized Agent** | | |
| | **Birmingham, AL 35242** | | |
| | City                State        ZIP Code | | |

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. | | | |
| Creditor's name | | | |
| | XXXX–__ __ __ __ | | |
| Street | | | |
| | | | |
| City                State        ZIP Code | | | |

---

**Part 3:   Legal Actions or Assignments**

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

Debtor  **Excell Communications, Inc.**                                        Case number *(if known)* _____
_____
Name

| 7.1. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|------|---------------|-------------------|---------------------------------------|-------------------|
| | **Eluri Aziani v. Nesco LLC et al** | **Torts - Motor Vehicle** | **New York State Supreme Court County of Bronx** Name | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** | | **851 Grand Concourse** Street | |
| | **816745/2024E** | | **Bronx, NY 10451-2937** City State ZIP Code | |

| 7.2. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|------|---------------|-------------------|---------------------------------------|-------------------|
| | **Torres Andrade, Jesus v. Altice USA, Inc. et al.** | **Torts - Motor vehicles** | **Kings County Supreme Court** Name **360 Adams St** Street | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** | | **Kings County Civic Center** | |
| | **053404/2022** | | **Brooklyn, NY 11201-3707** City State ZIP Code | |

| 7.3. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|------|---------------|-------------------|---------------------------------------|-------------------|
| | **Rodriguez, Edwin Manuel v. Excell Communications, Inc. et al** | **Tort - Motor vehicle** | **Supreme Court of the State of New York, County of Suffolk** Name **1 Court St** Street | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** | | **Riverhead, NY 11901-3092** City State ZIP Code | |
| | **0615079/2023** | | | |

| 7.4. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|------|---------------|-------------------|---------------------------------------|-------------------|
| | **R & R Commercial Realty Group LLC v. Excell Communications, Inc.** | **Civil - Business organizations** | **Supreme Court of the State of New York, County of Suffolk** Name **1 Court St** Street | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** | | **Riverhead, NY 11901-3092** City State ZIP Code | |
| | **0207549/2022** | | | |

| 7.5. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|------|---------------|-------------------|---------------------------------------|-------------------|
| | **Olivo, Decharn v. Scovil, Ray et al** | **Tort - Motor vehicles** | **New York State Supreme Court County of Bronx** Name **851 Grand Concourse** Street | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** | | **Bronx, NY 10451-2937** City State ZIP Code | |
| | **0817871/2023** | | | |

| Debtor | Excell Communications, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 7.6. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | IGTECH LLC et al v. Excell Communications Inc et al | Civil - breach of contract | U.S. District Court, Northern District of Alabama <br> Name <br><br> 1729 5th Ave N <br> Street <br><br> Hugo L. Black United States Courthouse <br> Birmingham, AL 35203-2022 <br> City          State     ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br><br> 2:24-CV-00317 | | | |

| 7.7. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | Ferreira v. Prower Telco Services, Inc. et al | Civil - Labor and employment | U.S. District Court, Eastern District of New York <br> Name <br><br> 100 Federal Plz <br> Street <br><br> Central Islip, NY 11722-4438 <br> City          State     ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br><br> 2:25-CV-00085 | | | |

| 7.8. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | Dieze DMCC v. Excell Communications, Inc. | Civil - Contract | U.S. District Court, Eastern District of New York <br> Name <br><br> 225 Cadman Plz E <br> Street <br><br> Brooklyn, NY 11201-1832 <br> City          State     ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br><br> 1:24-CV-07907 | | | |

| 7.9. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | Chaskis Communications LLC v. Excell Communications, Inc. | Civil - Contract | U.S. District Court, Eastern District of Virginia <br> Name <br><br> 600 Granby St <br> Street <br><br> Walter E. Hoffman United States Courthouse <br> Norfolk, VA 23510-1915 <br> City          State     ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br><br> 2:24-CV-00730 | | | |

| 7.10. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | Burgess, Salvator M. v. Excell Communications, Inc. et al | Tort - Motor Vehicle | Kings County Supreme Court <br> Name <br><br> 360 Adams St <br> Street <br><br> Kings County Civic Center <br> Brooklyn, NY 11201-3707 <br> City          State     ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br><br> 0527618/2022 | | | |

| Debtor | Excell Communications, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

| 7.11. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Brown, Carl, et al v. Paul, Ismery J. et al | Civil - Vehicular Torts | Bridgeport Judicial District, Superior Court<br>Name | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | 1061 Main St<br>Street | |
| | FBT-CV-24-6139995-S | | | |
| | | | Bridgeport, CT 06604-4222<br>City          State     ZIP Code | |

| 7.12. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Ajayi, Adesoji O. v. Fraser, Sean D. et al | Tort - Motor vehicle | Kings County Supreme Court<br>Name | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | 360 Adams St<br>Street | |
| | 0532848/2022 | | Kings County Civic Center | |
| | | | Brooklyn, NY 11201-3707<br>City          State     ZIP Code | |

| 7.13. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | JRP Realty, LLC v. Excell Communications, Inc. | Civil Landlord Tenant | Superior Court of New Jersey Law Division: Union County<br>Name | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | Street | |
| | UNN-L-0059-25 | | | |
| | | | City          State     ZIP Code | |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | | |
| | Street | Case title | Court name and address |
| | | | Name |
| | City          State     ZIP Code | Case number | Street |
| | | | |
| | | Date of order or assignment | City          State     ZIP Code |

**Part 4:  Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Debtor | **Excell Communications, Inc.** | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | | _____ | _____ | _____ |
| | Recipient's name | _____ | _____ | _____ |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

## Part 5: Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|---|
| 10.1. | _____ | _____ | _____ | _____ |

---

## Part 6: Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Lindenwood Associates, LLC** | _____ | _____ | **$85,616.35** |
| | **Address** | | | |
| | **328 N Broadway # 2** | | | |
| | Street | | | |
| | **Att: Nat Wasserstein** | | | |
| | **Nyack, NY 10960-1521** | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

---

| Debtor | **Excell Communications, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

**11.2.**

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **Ruskin Moscou Faltischek, P.C.** | | | **$215,513.50** |

**Address**

**1425 RXR Plaza 15th Floor**
Street

**Attn: Michael Amato**

**Uniondale, NY 11556**
City                    State        ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

**11.3.**

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **Ruskin Moscou Faltischek, PC** | **Attorney's Fee** | **4/14/2025** | **$215,513.50** |

**Address**

**1425 RXR Plaza 15th Floor**
Street

**Ruskin Moscou Faltischek, PC**

**Uniondale, NY 11556**
City                    State        ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

**12.1.**

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**Trustee**

| Debtor | **Excell Communications, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Address** | | | |
| | Street | | | |
| | | | | |
| | City            State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |

---

**Part 7:  Previous Locations**

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | **111 Express St** | From **03/24/2022** To **02/28/2025** |
| | Street | |
| | **Plainview, NY 11803-2404** | |
| | City            State        ZIP Code | |

---

**Part 8:  Health Care Bankruptcies**

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Debtor    **Excell Communications, Inc.**                                        Case number *(if known)* _____
          Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. | | |
| Facility name | | |
| Street | Location where patient records are maintained(if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| City          State    ZIP Code | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Excell Communications, Inc. 401(k) Plan** | EIN: 6 3 – 1 2 1 3 9 7 3 |

Has the plan been terminated?

☑ No

☐ Yes

---

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 **Wells Fargo Bank**<br>Name<br>**420 Montgomery St**<br>Street<br>**Att: Ken Maggi**<br>**San Francisco, CA 94104-1207**<br>City          State    ZIP Code | XXXX– 2 0 4 6 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **05/07/2024** | |

| | |
|---|---|
| Debtor **Excell Communications, Inc.** | Case number *(if known)* _____ |
| Name | |

**18.2** **Wells Fargo Bank**          XXXX–**3 1 2 8**    ☑ Checking      **05/21/2024**    _____
Name                          ☐ Savings
**420 Montgomery St**                     ☐ Money market
Street                           ☐ Brokerage
**Att: Ken Maggi**                       ☐ Other
**San Francisco, CA 94104-1207**
City            State    ZIP Code

**18.3** **Wells Fargo Bank**          XXXX–**4 2 2 8**    ☑ Checking      **05/07/2024**    _____
Name                          ☐ Savings
**420 Montgomery St**                     ☐ Money market
Street                           ☐ Brokerage
**Att: Ken Maggi**                       ☐ Other
**San Francisco, CA 94104-1207**
City            State    ZIP Code

**18.4** **Wells Fargo Bank**          XXXX–**4 2 3 6**    ☑ Checking      **05/07/2024**    _____
Name                          ☐ Savings
**420 Montgomery St**                     ☐ Money market
Street                           ☐ Brokerage
**Att: Ken Maggi**                       ☐ Other
**San Francisco, CA 94104-1207**
City            State    ZIP Code

**18.5** **CitiBank, N.A.**            XXXX–**7 9 8 7**    ☑ Checking      _____    _____
Name                          ☐ Savings
**Po Box 6201**                        ☐ Money market
Street                           ☐ Brokerage
**Att: Luis Nunes**                      ☐ Other
**Sioux Falls, SD 57117-6201**
City            State    ZIP Code

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| **19.1** | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | _____ | _____ | _____ | ☐ No |
| | Name | _____ | _____ | ☐ Yes |
| | _____ | | _____ | |
| | Street | | _____ | |
| | _____ | **Address** | _____ | |
| | _____ | _____ | _____ | |
| | City          State   ZIP Code | _____ | _____ | |

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

Debtor __**Excell Communications, Inc.**_____    Case number *(if known)* _____
Name

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | **5081 Lakewood Rd, Ft. Mohave, AZ**<br>Name | | ~~Storage Lot~~ | ☐ No<br>☑ Yes |
| | **5081 Lakewood Rd**<br>Street | | | |
| | | **Address** | | |
| | **Ft. Mohave, AZ 86436**<br>City        State    ZIP Code | | | |

| 20.2 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | **3909 W Dewey Dr, Las Vegas, NV**<br>Name | | ~~Storage Lot~~ | ☐ No<br>☑ Yes |
| | **3909 W Dewey Dr**<br>Street | | | |
| | | **Address** | | |
| | **Las Vegas, NV 89118-2327**<br>City        State    ZIP Code | | | |

| 20.3 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | **9820 US Hwy 301 N, Lumberton, NC**<br>Name | | ~~Storage Lot~~ | ☐ No<br>☑ Yes |
| | **9820 Us Highway 301 N**<br>Street | | | |
| | | **Address** | | |
| | **Lumberton, NC 28360-8468**<br>City        State    ZIP Code | | | |

| 20.4 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | **7667 Floyd Hwy N, Copper Hill, VA**<br>Name | | ~~Storage Lot~~ | ☐ No<br>☑ Yes |
| | **7667 Floyd Hwy N**<br>Street | | | |
| | | **Address** | | |
| | **Copper Hill, VA 24079-2519**<br>City        State    ZIP Code | | | |

Debtor **Excell Communications, Inc.**      Case number *(if known)* _____

Name

| 20.5 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | **1351 NC Hwy 16 S, Taylorsville, NC**<br>Name<br>**1351 Nc Highway 16 S**<br>Street | | ~~Storage Lot~~ | ☐ No<br>☑ Yes |
| | | **Address** | | |
| | **Taylorsville, NC 28681-8942**<br>City    State    ZIP Code | | | |

| 20.6 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | **8111 Hwy 271 S, Ft. Smith, AK**<br>Name<br>**8111 Highway 271 S**<br>Street | | ~~Storage Lot~~ | ☐ No<br>☑ Yes |
| | | **Address** | | |
| | **Fort Smith, AR 72908-7961**<br>City    State    ZIP Code | | | |

| 20.7 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | **50 S Pottawattamie Dr. Cherokee Village, AR**<br>Name<br>**50 Pottawattamie Dr**<br>Street | | ~~Parking/Storage Lot~~ | ☐ No<br>☑ Yes |
| | | **Address** | | |
| | **Cherokee Vlg, AR 72529-7306**<br>City    State    ZIP Code | | | |

| 20.8 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | **52 Mason Rd, Byhalia, MS**<br>Name<br>**52 Mason Rd**<br>Street | | ~~Storage Lot~~ | ☐ No<br>☑ Yes |
| | | **Address** | | |
| | **Byhalia, MS 38611-9216**<br>City    State    ZIP Code | | | |

Debtor **Excell Communications, Inc.**                    Case number *(if known)* _____

| 20.9 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | **10 Culnen Dr, Branchburg, NJ**<br>Name | Telecable, Inc. | Warehouse | ☐ No<br>☑ Yes |
| | **10 Culnen Dr**<br>Street | | | |
| | | **Address** | | |
| | **Branchburg, NJ 08876-5400**<br>City          State    ZIP Code | | | |

| 20.10 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | **444 Railroad Ave, Camp Hill, PA**<br>Name | | Warehouse | ☐ No<br>☑ Yes |
| | **444 Railroad Ave**<br>Street | | | |
| | | **Address** | | |
| | **Camp Hill, PA 17011-5601**<br>City          State    ZIP Code | | | |

| 20.11 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | **1333 E 44th St, Lubbock TX**<br>Name | | Warehouse | ☐ No<br>☑ Yes |
| | **1333 E 44th St**<br>Street | | | |
| | | **Address** | | |
| | **Lubbock, TX 79404-3533**<br>City          State    ZIP Code | | | |

| 20.12 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | **2510 S Cockrell Ave, Dallas, TX**<br>Name | | Warehouse | ☐ No<br>☑ Yes |
| | **2510 Cockrell Ave**<br>Street | | | |
| | | **Address** | | |
| | **Dallas, TX 75215-2507**<br>City          State    ZIP Code | | | |

Debtor  **Excell Communications, Inc.**          Case number *(if known)* _____
_____
Name

| 20.13 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | **2626 Wilson Rd, Humble, TX**<br>Name | Tele/Cable, Inc. | Warehouse | ☐ No |
| | **2626 Wilson Rd**<br>Street | | | ☑ Yes |
| | | Address | | |
| | **Humble, TX 77396-3705**<br>City        State    ZIP Code | **111 Express St**<br>**Plainview, NY 11803-2404** | | |

| 20.14 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | **143 Pine Aire Dr, Bayshore, NY**<br>Name | | Warehouse | ☑ No |
| | **143 Pine Aire Dr**<br>Street | | | ☐ Yes |
| | | Address | | |
| | **Bay Shore, NY 11706-1103**<br>City        State    ZIP Code | | | |

| 20.15 | Facility name and address | Names of anyone with access to It | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | **139 Woodward Ave, S. Norwalk, CT**<br>Name | | Warehouse | ☑ No |
| | **139 Woodward Ave**<br>Street | | | ☐ Yes |
| | | Address | | |
| | **Norwalk, CT 06854-4728**<br>City        State    ZIP Code | | | |

| 20.16 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | **200 Townline Rd, Kings Park, NY**<br>Name | | Warehouse/Parking | ☑ No |
| | **200 Townline Rd**<br>Street | | | ☐ Yes |
| | | Address | | |
| | **Kings Park, NY 11754-4214**<br>City        State    ZIP Code | | | |

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21.  **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

Debtor    **Excell Communications, Inc.**    Case number *(if known)* _____
Name

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City          State    ZIP Code | | | |

---

**Part 12:** **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

▪ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

▪ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

▪ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.
☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| Case number | | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State    ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**
☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**
☑ No
☐ Yes. Provide details below.

Debtor    **Excell Communications, Inc.**                          Case number *(if known)* _____
_____
Name

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

Name _____    Name _____    _____    _____

Street _____    Street _____    _____

_____    _____    _____

City        State    ZIP Code    City        State    ZIP Code

---

### Part 13:  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1. **Telecable, Inc.**
Name
**255 Executive Dr Ste 409**
Street
_____
**Plainview, NY 11803-2404**
City        State    ZIP Code

Description: **Telecommunications Maintenance and Construction**

EIN: 2 2 – 3 3 9 7 9 5 7

Dates business existed

From _____ To _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.2. **E-Fleet Services Corp.**
Name
**255 Executive Dr Ste 409**
Street
_____
**Plainview, NY 11803-1707**
City        State    ZIP Code

Description: **Leases Vehicles and Equipment**

EIN: 8 8 – 1 7 8 3 2 1 3

Dates business existed

From _____ To _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.3. **Prower Telco Services, Inc.**
Name
**225 Executive Drive**
Street
_____
**Plainview, NY 11803**
City        State    ZIP Code

Description: **Telecommunications Project Management and Construction**

EIN: 8 7 – 4 4 5 5 2 9 0

Dates business existed

From _____ To _____

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

---

| Debtor | **Excell Communications, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Name and address | Dates of service |
|---|---|

**26a.1.** **Joe Sinicropi**
Name

**4 Fleetwood Dr**
Street

**Huntington, NY 11743-1332**
City · State · ZIP Code

From **01/22/2024** To **12/05/2024**

**26b.** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

**26b.1.** **Vertex Advisory Group Inc.**
Name

**22 Redwood Ln**
Street

**Farmingville, NY 11738-2337**
City · State · ZIP Code

From **07/01/2022** To _____

| Name and address | Dates of service |
|---|---|

**26b.2.** **Baker Tilly US LLP**
Name

**PO Box 78975**
Street

**Att: Officer, Manager, Authorized Agent**

**Milwaukee, WI 53278-8975**
City · State · ZIP Code

From **01/01/2023** To **03/31/2024**

| Name and address | Dates of service |
|---|---|

**26b.3.** **Marcum LLP**
Name

**10 Melville Park Rd**
Street

**Att: Officer, Manager, Authorized Agent**

**Melville, NY 11747-3146**
City · State · ZIP Code

From **01/01/2023** To **03/31/2024**

| Name and address | Dates of service |
|---|---|

**26b.4.** **RRBB Advisors, LLC**
Name

**265 Davidson Ave Ste 210**
Street

**Att: Officer, Manager, Authorized Agent**

**Somerset, NJ 08873-4120**
City · State · ZIP Code

From **01/01/2018** To _____

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

Debtor    **Excell Communications, Inc.**                                    Case number *(if known)* _____
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.

Name _____    _____

Street _____    _____

_____

City                    State          ZIP Code

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1. _____

Name _____

Street _____

_____

City                    State          ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____

Name _____

Street _____

_____

City                    State          ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Carlos Lourenco | | CEO, | 0.00% |
| Global Growth Tech Funds Fundo de Capital de Risco Fechado | | Shareholder, | 100.00% |

| Debtor | **Excell Communications, Inc.** | Case number *(if known)* _____ |
| | Name | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|----------------------------------------------------|
| **Gomes Barbosa, Abel J** | _____ | **CEO,** _____ | From **01/01/2022** To **06/30/2024** |
| **Rui Pereira** | _____ | **CEO,** _____ | From **07/01/2024** To **10/31/2024** |
| **Jack Martins** | _____ | **Board,** _____ | From **10/01/2023** To **03/31/2025** |
| **Joseph Sinicropi** | _____ | **Board,** _____ | From **10/01/2023** To **11/30/2024** |
| **Joseph Connelly** | _____ | **Board,** _____ | From **10/01/2023** To **11/24/2024** |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **Global Growth Tech Funds Fundo de Capital de Rischo Fechado**<br>Name<br><br>_____<br>Street<br><br>_____<br>City          State        ZIP Code<br><br>Relationship to debtor<br>_____ | **$2,500,000** | **01/17/2025** | **Loan repayment** |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.2. | **Tirion Works Management, Inc.**<br>Name<br>**1030 Salem Rd**<br>Street<br>**Att: Officer, Manager, Authorized Agent**<br>**Union, NJ 07083-7058**<br>City          State        ZIP Code<br><br>Relationship to debtor<br>_____ | **$2,000,000** | **01/17/2025** | **Loan repayment** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

Debtor    **Excell Communications, Inc.**
_____    Case number *(if known)* _____
Name

☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Excell Communications, Inc.** | EIN:  6 3 – 1 2 1 3 9 7 3 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

<hr>

**Part 14:    Signature and Declaration**

<hr>

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **04/14/2025**
_____
MM/ DD/ YYYY

**X** **/s/ Harry Zapiti**
_____    Printed name _____ **Harry Zapiti** _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    **Chief Financial Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

## SCHEDULE SOFA 3.1
### 90 Day Transfers

| Date | Name | Amount |
|---|---|---|
| 03/28/2025 | Colliers Engineering & Design Inc. | -300,000.00 |
| 04/10/2025 | Asata Telecom LLC | -208,581.20 |
| 01/31/2025 | Telecon Design (USA) Inc. | -200,000.00 |
| 02/07/2025 | Telecon Design (USA) Inc. | -200,000.00 |
| 02/21/2025 | Asata Telecom LLC | -200,000.00 |
| 02/21/2025 | Telecon Design (USA) Inc. | -200,000.00 |
| 02/07/2025 | Ralph Silvers Agency Inc. | -200,000.00 |
| 04/10/2025 | Colliers Engineering & Design Inc. | -200,000.00 |
| 02/28/2025 | Telecon Design (USA) Inc. | -180,000.00 |
| 03/07/2025 | Telecon Design (USA) Inc. | -175,000.00 |
| 03/28/2025 | Asata Telecom LLC | -169,873.83 |
| 01/10/2025 | Asata Telecom LLC | -150,000.00 |
| 01/17/2025 | Telecon Design (USA) Inc. | -150,000.00 |
| 01/17/2025 | Asata Telecom LLC | -150,000.00 |
| 02/14/2025 | Telecon Design (USA) Inc. | -150,000.00 |
| 03/14/2025 | Telecon Design (USA) Inc. | -150,000.00 |
| 03/14/2025 | Asata Telecom LLC | -105,637.10 |
| 02/28/2025 | Asata Telecom LLC | -103,573.50 |
| 03/21/2025 | Asata Telecom LLC | -100,654.40 |
| 01/10/2025 | Telecon Design (USA) Inc. | -100,000.00 |
| 01/17/2025 | Colliers Engineering & Design Inc. | -100,000.00 |
| 01/24/2025 | Telecon Design (USA) Inc. | -100,000.00 |
| 01/24/2025 | Colliers Engineering & Design Inc. | -100,000.00 |
| 01/24/2025 | Asata Telecom LLC | -100,000.00 |
| 01/31/2025 | RoadSafe Traffic Systems, Inc | -100,000.00 |
| 02/07/2025 | Asata Telecom LLC | -100,000.00 |
| 03/07/2025 | Asata Telecom LLC | -100,000.00 |
| 02/05/2025 | Ralph Silvers Agency Inc. | -100,000.00 |
| 04/10/2025 | Corecom Inc | -99,894.23 |
| 03/28/2025 | Adams Cable Equipment,Inc | -91,447.90 |
| 03/07/2025 | Utopia Property Management | -81,781.00 |
| 03/25/2025 | Utopia Property Management | -81,781.00 |
| 03/21/2025 | ISP Communications LLC | -76,000.00 |
| 03/07/2025 | First Insurance Funding | -63,473.37 |
| 04/03/2025 | First Insurance Funding | -63,473.37 |
| 03/21/2025 | Corecom Inc | -63,406.51 |
| 01/24/2025 | Adams Cable Equipment,Inc | -60,931.98 |
| 04/10/2025 | Ruskin Moscou Faltischeck, PC | -58,951.00 |
| 04/03/2025 | Adams Cable Equipment,Inc | -57,240.00 |
| 01/31/2025 | FB4 Realty LLC | -54,000.00 |
| 03/03/2025 | FB4 Realty LLC | -54,000.00 |
| 01/24/2025 | Travelers CL | -51,083.05 |
| 01/10/2025 | Colliers Engineering & Design Inc. | -50,000.00 |
| 01/31/2025 | Colliers Engineering & Design Inc. | -50,000.00 |
| 01/31/2025 | Asata Telecom LLC | -50,000.00 |
| 02/07/2025 | Colliers Engineering & Design Inc. | -50,000.00 |
| 02/14/2025 | Asata Telecom LLC | -50,000.00 |
| 03/21/2025 | MEM Logistcs LLC | -50,000.00 |

## SCHEDULE SOFA 3.1
## 90 Day Transfers

| | | |
|---|---|---|
| 03/28/2025 | RoadSafe Traffic Systems, Inc | -48,775.52 |
| 02/04/2025 | Blue Cross Blue Shield | -45,697.91 |
| 03/27/2025 | Wex Bank | -44,867.17 |
| 03/21/2025 | Telecon Design (USA) Inc. | -43,495.54 |
| 03/21/2025 | RoadSafe Traffic Systems, Inc | -42,777.93 |
| 01/31/2025 | United States Treasury | -40,273.81 |
| 03/07/2025 | Lindenwood Associates, LLC | -36,821.20 |
| 04/03/2025 | Ralph Silvers Agency Inc. | -36,460.00 |
| 01/31/2025 | 2626 Wilson Road Ltd | -35,807.26 |
| 02/24/2025 | 255 Exe. Drive Realty LLC | -34,342.50 |
| 01/15/2025 | 2626 Wilson Road Ltd | -31,518.75 |
| 03/03/2025 | 2626 Wilson Road Ltd | -31,518.75 |
| 04/02/2025 | 2626 Wilson Road Ltd | -31,518.75 |
| 01/10/2025 | 111 Express Drive LLC | -30,942.92 |
| 01/10/2025 | Corecom Inc | -30,000.00 |
| 01/13/2025 | Lindenwood Associates, LLC | -30,000.00 |
| 01/31/2025 | Regions Bank | -28,595.21 |
| 03/14/2025 | Tidy Properties | -28,032.00 |
| 01/10/2025 | Freewood Josey, Ltd. | -27,825.00 |
| 03/04/2025 | Blue Cross Blue Shield | -27,269.04 |
| 01/31/2025 | Freewood Josey, Ltd. | -26,500.00 |
| 03/03/2025 | Freewood Josey, Ltd. | -26,500.00 |
| 04/02/2025 | Freewood Josey, Ltd. | -26,500.00 |
| 02/07/2025 | Lindenwood Associates, LLC | -26,180.85 |
| 03/03/2025 | H&R Realty Group LLC | -25,509.82 |
| 01/31/2025 | H&R Realty Group LLC | -24,612.18 |
| 03/21/2025 | Ruskin Moscou Faltischeck, PC | -24,098.25 |
| 01/17/2025 | Adams Cable Equipment,Inc | -23,424.29 |
| 03/03/2025 | Wex Bank | -22,497.89 |
| 04/02/2025 | H&R Realty Group LLC | -21,996.62 |
| 03/28/2025 | Telecon Design (USA) Inc. | -21,906.59 |
| 03/21/2025 | Regions Bank | -20,064.09 |
| 02/07/2025 | Murtha Cullina LLP | -20,000.00 |
| 02/07/2025 | Traffic Wise US Inc. | -20,000.00 |
| 02/14/2025 | Traffic Wise US Inc. | -20,000.00 |
| 02/21/2025 | Traffic Wise US Inc. | -20,000.00 |
| 03/11/2025 | Bradford and McCord Underground LLC | -20,000.00 |
| 03/07/2025 | Regions Bank | -18,572.24 |
| 03/14/2025 | Traffic Wise US Inc. | -18,450.00 |
| 02/21/2025 | 3BR UNIPESSOAL LDA | -18,330.50 |
| 04/10/2025 | Forklifts Group | -17,936.75 |
| 01/14/2025 | Togstad Construction LLC | -17,400.60 |
| 03/28/2025 | OFP USA LLC | -16,530.00 |
| 02/28/2025 | The LandWell Company | -15,746.00 |
| 01/10/2025 | Millennium | -15,660.02 |
| 01/17/2025 | United Rentals (North America) Inc. | -15,488.52 |
| 01/17/2025 | Traffic Wise US Inc. | -15,000.00 |
| 03/21/2025 | Ralph Silvers Agency Inc. | -14,948.32 |
| 03/28/2025 | Lindenwood Associates, LLC | -14,938.00 |

## SCHEDULE SOFA 3.1
## 90 Day Transfers

| | | |
|---|---|---|
| 04/03/2025 | Corecom Inc | -14,717.86 |
| 02/07/2025 | Regions Bank | -14,613.45 |
| 01/28/2025 | Bradford and McCord Underground LLC | -13,862.50 |
| 01/10/2025 | American Credit Group Inc. | -13,500.00 |
| 01/31/2025 | American Credit Group Inc. | -13,500.00 |
| 03/03/2025 | American Credit Group Inc. | -13,500.00 |
| 04/03/2025 | American Credit Group Inc. | -13,500.00 |
| 01/24/2025 | Traffic Wise US Inc. | -13,000.00 |
| 01/24/2025 | RoadSafe Traffic Systems, Inc | -12,602.70 |
| 03/28/2025 | Regions Bank | -12,429.88 |
| 03/10/2025 | Copper Hill Self Storage, LLC | -11,900.00 |
| 04/02/2025 | 255 Exe. Drive Realty LLC | -11,447.50 |
| 03/14/2025 | Togstad Construction LLC | -11,300.30 |
| 04/02/2025 | Tidy Properties | -11,000.00 |
| 01/10/2025 | Regions Bank | -10,693.93 |
| 03/10/2025 | Totem Mats | -10,500.00 |
| 01/17/2025 | API Processing- Licensing, INC | -10,355.00 |
| 03/07/2025 | Forklifts Group | -10,341.98 |
| 03/21/2025 | Traffic Wise US Inc. | -10,250.00 |
| 03/21/2025 | Traffic Tech, Inc. | -10,180.00 |
| 03/28/2025 | 3BR UNIPESSOAL LDA | -10,150.00 |
| 02/28/2025 | Traffic Wise US Inc. | -10,108.00 |
| 01/10/2025 | Togstad Construction LLC | -10,000.00 |
| 01/10/2025 | FiberLink LLC | -10,000.00 |
| 01/10/2025 | Traffic Wise US Inc. | -10,000.00 |
| 01/10/2025 | RoadSafe Traffic Systems, Inc | -10,000.00 |
| 01/17/2025 | RRBB Advisors LLC | -10,000.00 |
| 01/17/2025 | Corecom Inc | -10,000.00 |
| 01/17/2025 | FiberLink LLC | -10,000.00 |
| 01/17/2025 | RoadSafe Traffic Systems, Inc | -10,000.00 |
| 01/24/2025 | Togstad Construction LLC | -10,000.00 |
| 01/24/2025 | Corecom Inc | -10,000.00 |
| 01/31/2025 | Norf inc | -10,000.00 |
| 02/07/2025 | Norf inc | -10,000.00 |
| 02/07/2025 | RoadSafe Traffic Systems, Inc | -10,000.00 |
| 02/25/2025 | Utopia Property Management | -10,000.00 |
| 03/07/2025 | Utopia Property Management | -10,000.00 |
| 03/07/2025 | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | -9,928.50 |
| 03/17/2025 | Oracle America, Inc. DBA Netsuite | -9,251.93 |
| 03/14/2025 | Forklifts Group | -9,219.46 |
| 01/31/2025 | Mobile Modular Portable Storage | -8,903.04 |

SOFA SCHEDULE 5.8
Returned Vehicles

| VIN | Year | Manufactor | Model |
| --- | --- | --- | --- |
| 5E3SK18N0M1000348 | 2021 | Slabach | RT61 |
| W1Y8EB3Y8MT060058 | 2021 | Mercedes | Sprinter 3500 |
| 7K7US0814MM000166 | 2022 | Brooks | SLR910 |
| 7K7US0816MM000167 | 2021 | Brooks | SLR910 |
| 7K7US0818MM000168 | 2022 | Brooks | SLR910 |
| 7K7US081XMM000169 | 2022 | Brooks | SLR910 |
| 7K7US0816MM000170 | 2022 | Brooks | SLR910 |
| 7K7US0818MM000171 | 2022 | Brooks | SLR910 |
| 7K7US081XMM000172 | 2022 | Brooks | SLR910 |
| 7K7US0811MM000173 | 2022 | Brooks | SLR910 |
| 5E3SK18N2M1000268 | 2021 | Slabach | RT63 |
| 5E3SK16N5L1000282 | 2021 | Slabach | Rt60 |
| 5E3SK16N2M1000368 | 2021 | Slabach | Rt60 |
| 3C7WRNBL2MG671064 | 2021 | Ram | 5500 |
| 3C7WRNBL8MG671067 | 2021 | Ram | 5500 |
| 3C7WRNBL8MG671070 | 2021 | Ram | 5500 |
| 3C7WRNBL1MG671072 | 2021 | Ram | 5500 |
| 3C7WRNBL4MG671079 | 2021 | Ram | 5500 |
| 3C7WRNBL2MG671081 | 2021 | Ram | 5500 |
| 1L9LR1317MG321604 | 2021 | Lane | Lrg-1008 |
| 1L9LR1312MG321719 | 2021 | Lane | Lrg-1008 |
| 1L9LR1316MG321724 | 2021 | Lane | Lrg-1008 |
| 1FDTF4GN3MDA11735 | 2021 | Ford | F-450 |
| 1FTBF1Y89PKA01993 | 2023 | Ford | T-350 |
| 7H0TF122XNN012177 | 2022 | Intech | Fost 7x12 Ta12 |
| 7H0TF1229NN012235 | 2022 | Intech | Fost 7x12 Ta12 |
| 7H0TF1220NN012236 | 2022 | Intech | Fost 7x12 Ta12 |
| 7H0TF1226NN012239 | 2022 | Intech | Fost 7x12 Ta12 |
| 7H0TF1226NN012242 | 2022 | Intech | Fost 7x12 Ta12 |
| 7H0TF122XNN012244 | 2022 | Intech | Fost 7x12 Ta12 |
| 7H0TF1221NN012245 | 2022 | Intech | Fost 7x12 Ta12 |
| 7H0TF1223NN012246 | 2022 | Intech | Fost 7x12 Ta12 |
| 7H0TF1225NN012247 | 2022 | Intech | Fost 7x12 Ta12 |
| 7H0TF1229NN012249 | 2022 | Intech | Fost 7x12 Ta12 |
| 5FTCR1219P4012249 | 2022 | Felling | FT-8 |
| 7H0TF1227NN012251 | 2022 | Intech | Fost 7x12 Ta12 |
| 7H0TF1220NN012253 | 2022 | Intech | Fost 7x12 Ta12 |
| 1FTEW1EB0MFB64503 | 2021 | Ford | F-150 |
| 1FTEW1EP1MFB64523 | 2021 | Ford | F-150 |
| 1FTEW1EP3MFB64524 | 2021 | Ford | F-150 |
| 1FTEW1EP9MFB64527 | 2021 | Ford | F-150 |
| 1FTEW1EP0MFB64528 | 2021 | Ford | F-150 |
| 1FTEW1EP8MFB64535 | 2021 | Ford | F-150 |
| 1FTEW1EP1MFB64537 | 2021 | Ford | F-150 |
| 3C7WRNAL3NG204903 | 2022 | Ram | 5500 |
| 1FDUF5HT9MDA15117 | 2021 | Ford | F-550 |

SOFA SCHEDULE 5.8
Returned Vehicles

| | | | |
|---|---|---|---|
| 1FDUF5HT1MDA15144 | 2021 | Ford | F-550 |
| 1FDUF5HT3MDA15145 | 2021 | Ford | F-550 |
| 1FDUF5HT7MDA15147 | 2021 | Ford | F-550 |
| 1FT7W2B61NED05320 | 2022 | Ford | F-250 |
| 3C7WRNAL2NG255597 | 2022 | Ram | 5500 |
| 1GCWGBF76N1286279 | 2022 | Chevrolet | Express |
| 1GCRYAEH1MZ426432 | 2021 | Chevrolet | Silverado 1500 |
| 1FTEW1EP0MFC96902 | 2021 | Ford | F-150 |
| 1FTER1FH4MLD06945 | 2021 | Ford | Ranger |
| 1FT7W2B68LEE26956 | 2020 | Ford | F-250 |
| 1FDUF5HTXNDA17511 | 2022 | Ford | F-550 |
| 1FDUF5HT1NDA17512 | 2022 | Ford | F-550 |
| 1FDUF5HT5NDA17514 | 2022 | Ford | F-550 |
| 1FDUF5HT7NDA17515 | 2022 | Ford | F-550 |
| 1FDUF5HT0MDA09173 | 2021 | Ford | F-550 |
| 1FDUF5HT4MDA09175 | 2021 | Ford | F-550 |
| NM0LS7E26M1499426 | 2020 | Ford | Transit Connect |

SOFA SCHEDULE 5.9
Returned Vehicles

| VIN | Year | Manufactor | Model |
|---|---|---|---|
| 5LKT27218P1033646 | 2023 | Load King | LK910RT-SL |
| 3C7WRMAJXHG536236 | 2017 | Ram | 5500 |
| 5LKT12105J1030466 | 2018 | Load King | LK910RT-SL |
| 5FTCR1213K2001719 | 2018 | Felling | FT-8 |
| 5LKT2721XP1033647 | 2023 | Load King | LK910RT-SL |
| 5JW1U2226K1263975 | 2019 | Sure Trac | ST82184FWTEB140 |
| 1FDUF5GT1NDA14563 | 2022 | Ford | F-550 |
| 5PTCR121K2005186 | 2002 | Snake River | Trailer |
| 3C7WRMBJ8NG256079 | 2022 | Ram | 5500 |
| 1GT09LE74NF276442 | 2022 | GMC | Sierra 1500 |
| 3C7WRMBLXNG238300 | 2022 | Ram | 5500 |
| 1HTKHPVK6NH798598 | 2022 | Chevrolet | 5500 |
| 1S9E52225K1489212 | 2019 | Reel Strong | Green Trailer |
| 1S9E52225K1489217 | 2019 | Reel Strong | Green Trailer |
| 1FDNF7DC4KDF09288 | 2019 | Ford | F-750 |
| 3C6URVJGXHE549330 | 2017 | Ram | Promaster |

SOFA SCHEDULE 5.10
Returned Vehicels

| VIN | Year | Manufactor | Model |
|---|---|---|---|
| 1R92X1114PN861326 | 2023 | Reel EZ | Unknown |
| 1R92X1114PN861322 | 2023 | Reel EZ | |
| 1R92X1114PN861323 | 2023 | Reel EZ | |
| 1R92X1114PN861324 | 2023 | Reel EZ | |
| 1R92X1114PN861325 | 2023 | Reel EZ | |
| 1R92X1114PN861327 | 2023 | Reel EZ | Ur |
| 1FD0W5HT0NEF34048 | 2022 | Ford | |
| 1FD0W5HT0NEF34051 | 2023 | Ford | |

Global
(Excell)

SCHEDULE 47.1
VEHICLES OWNED

| VIN | Year | Manufactor | Model |
|---|---|---|---|
| 1FDFF6KT4NDA13963 | 2022 | Ford | F-600 |
| 1GC1KWEG7FF160602 | 2015 | Chevrolet | Silverado 1500 |
| 13ZMP202451002582 | 2005 | Park | MP7720 |
| 3GCUKSECXEG372751 | 2014 | Chevrolet | Silverado 1500 |
| 1C4RJFBG0EC414144 | 2014 | Jeep | Grand Cherokee |
| 5E3SK18N01000114 | 2017 | Slabach | 9950 |
| DWP1CMXXCN000127 | | Ditch Witch | R300 |
| 5E3SK18N1J1000161 | 2018 | Slabach | RT62 |
| X1VR7180W251000204 | | Vermeer | D36x50 |
| 1VRA130V2H1000361 | 2017 | Vermeer | D10X15 |
| 1FTBW2YM5JKB30629 | 2018 | Ford | T-350 |
| 1FDDUF4GNXMDA10652 | 2021 | Ford | F-450 |
| DWPJT20BTL0000663 | | Ditch Witch | JT20 |
| 276000686 | | Hycal Loader | RC31 |
| 5VGAP3020NL011218 | 2022 | Kaufman | Trailer |
| 1237 | 1962 | Eaton | |
| 5FTCR1215P2011269 | 2023 | Felling | FT-8 |
| 1GD422C89FF531479 | 2015 | GMC | 3500 |
| 1L9LR1015PG321724 | 2022 | Lane | Lrg-1007 |
| 1L9LR1017PG321725 | 2022 | Lane | Lrg-1007 |
| 1L9LR1010PG321727 | 2022 | Lane | Lrg-1007 |
| 1L9LR1012PG321728 | 2022 | Lane | Lrg-1008 |
| 1L9LR1014PG321729 | 2022 | Lane | Lrg-1007 |
| 1L9LR1010PG321730 | 2022 | Lane | Lrg-1007 |
| 1L9LR1012PG321731 | 2022 | Lane | Lrg-1007 |
| 1L9LR1014PG321732 | 2022 | Lane | Lrg-1007 |
| 1VR6180T1F1001855 | 2015 | Vermeer | 20X22 |
| 5FTCR121XP2012028 | 2023 | Felling | FT-8 |
| 1FDUF5GT4HEE22036 | 2018 | Ford | F-550 |
| 1GCHSBEA7G1302268 | 2016 | Chevrolet | Colorado |
| 3C4NJDDB9NT152438 | 2022 | Jeep | Compass |
| 1C9ST1122V1193009 | 1997 | Centervilee | 7400 |
| 5TFRX5GN9HX083545 | 2017 | Toyota | Tacoma |
| 1GCWGAFF1H1104235 | 2017 | Chevrolet | Express |
| 5136 | | | Trailer |
| 1L90R1216HG085506 | | Brindle | BRT90 |
| NM0LS7BN2CT115532 | 2012 | Ford | Transit Connect |
| 1N6BD0CT0JN715607 | 2018 | Nissan | Frontier |
| 1C4RJHAGXN8615856 | 2022 | Jeep | Grand Cherokee |
| 1R9BU1214H1626113 | 2017 | Reel Strong | GR 8 |
| 1R9BU1211H1626165 | 2017 | Reel Strong | GR 8 |
| 1R9BU1214H626166 | 2017 | Reel Strong | GR 8 |
| ZFBERFAT8G6B36798 | 2016 | Ram | Promaster |
| 1FMCU0GD9HUE77178 | 2017 | Ford | Escape |
| NM0LS7BN5CT117484 | 2012 | Ford | Transit Connect |
| 3C7WRNBJ5GG307689 | 2016 | Ram | 5500 |

SCHEDULE 47.1
VEHICLES OWNED

| NM0LS7E24L1467797 | 2020 | Ford | Transit Connect |
|---|---|---|---|
| 3GCNDAEK0NG557911 | | Chevrolet | Silverado |
| 3GCNDAEK1NG557920 | 2022 | Chevrolet | Silverado 1500 |
| 1FDUF5GY2CEA18382 | 2012 | Ford | F-550 |
| 1FDUF5GT8EEB88530 | 2014 | Ford | F-550 |
| 1FVACWFD6JHJL8562 | 2018 | Freightliner | M2 |
| 1C6RRFBG7NN198975 | 2022 | Ram | 1500 |
| HMACB60C00268996 | | Hitachi | Mini Excavator |
| 1S9SK18N5W1519290 | 1998 | Slabach | Cable Reel |
| 1C6RR7GG1NS200476 | 2022 | Ram | 1500 |
| 3C4NJDCB7NT171393 | 2022 | Jeep | Compass |
| 3C4NJDDB8NT152432 | 2022 | Jeep | Compass |
| 3C4NJDDB0NT152439 | 2022 | Jeep | Compass |
| 3C4NJDDB0NT152442 | 2022 | Jeep | Compass |
| 1C6RRFBG1NN205774 | 2022 | Ram | 1500 |
| 3C6RR7KG8KG636171 | 2019 | Ram | 1500 |
| 1C6RR7GG8NS176550 | 2022 | Ram | 1500 |
| 1C6RR7GGXNS176551 | 2022 | Ram | 1500 |
| 1FTMF1EP6NKD17420 | 2022 | Ford | F-150 |
| 1C4HJXDG4PW637710 | 2023 | Jeep | Wrangler |
| 1GT12ZC87CF157840 | 2012 | GMC | Sierra 2500 |
| 1FT8W3BT8HEE77879 | 2017 | Ford | F-350 |
| 1FTEW1EP4NKD68094 | 2022 | Ford | F-150 |
| 4D6EB1827AA028670 | 2010 | Cargo Craft | Trailer |
| 1C6RRFBG5NN198974 | 2022 | Ram | 1500 |
| 3C6MR5ALXNG130648 | 2022 | Ram | 2500 |
| 1FTSE34L94HA77134 | 2004 | Ford | E-350 |
| 3GCNDAEK4NG558074 | 2022 | Chevrolet | Silverado 1500 |
| 5E3SK18N6J1000334 | 2018 | Slabach | RT65 |
| 022511A10397 | 2011 | Ditch Witch | JT2020 |
| 1DST722L1N1701073 | 2022 | Vermeer | D24X40 |
| 16VPX2024D3364311 | 2011 | Big Tex | Big Tex |
| 1R9BU1211H1626117 | 2017 | Reel Strong | GR 8 |
| 1R9BU1211H1626120 | 2017 | Reel Strong | GR 8 |
| 16VNX1224B2C028228 | 2011 | Big Tex | Big Tex |
| W1Y4ECHY6MT079351 | 2021 | Mercedes | Sprinter 3500 |
| 3GCNDAEK4NG557913 | 2022 | Chevrolet | Silverado |
| 4500A101XFR049728 | 2015 | Atlas | Xas 185 CD PE |
| 4500A1013FR049750 | 2015 | Atlas | Xas 185 CD PE |
| 4500A1017FR049721 | 2015 | Atlas | Xas 185 CD PE |