**Fill in this information to identify the case:**

Debtor name: **Excell Communications, Inc.**

United States Bankruptcy Court for the: **Eastern District of New York**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | | Contingent<br>Disputed<br>Unliquidated | | | $4,754,762.60 |
| 2 | Digital Works Group DMCC<br>Att: Officer, Manager, Authorized Agent<br>DMCC Business Centre Level 5 Unit 422<br>Jewellery & Gemplex 2 Dubai UAE, | | | Contingent<br>Disputed | | | $3,191,579.35 |
| 3 | NY Cabletek LLC<br>Att: Officer, Manager, Authorized Agent<br>27 Lewis St<br>Yonkers, NY 10703-1610 | | | Disputed | | | $2,992,500.00 |
| 4 | Colliers Engineering & Design Inc.<br>Att: Officer, Manager, Authorized Agent<br>101 Crawfords Corner Rd Ste 3000<br>Holmdel, NJ 07733-1981 | | | Disputed | | | $2,500,000.00 |
| 5 | SpliceX Inc.<br>Att: Officer, Manager, Authorized Agent<br>2940 Ocean Pkwy Apt 6B<br>Brooklyn, NY 11235-8217 | | | Disputed | | | $2,432,343.94 |
| 6 | SmartDev, S.A.<br>Att: Officer, Manager, Authorized Agent<br>Rua do Carmo, No 38-3<br>Dto Esquerdo 9050-019 Funchal Madeira Portugal, | | | Disputed | | | $2,401,104.00 |
| 7 | Custom Truck One Source, L.P.<br>Att: Officer, Manager, Authorized Person<br>7701 Independence Ave<br>Kansas City, MO 64125-1300 | | | Contingent<br>Disputed<br>Unliquidated | | | $2,090,023.58 |
| 8 | AM Communications, Ltd.<br>Att: Officer, Manager, Authorized Agent | | | Disputed | | | $1,828,079.47 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

5707 State Route 309
Galion, OH 44833

Debtor **Excell Communications, Inc.**
Name

Case number *(if known)* _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | State of New Jersey Department of the Treasury<br>Division of Taxation Att: Matthew Greco<br>6 Commerce Dr Ste 300<br>Cranford, NJ 07016-3515 | (908) 577-9402 | | Contingent<br>Disputed<br>Unliquidated | | | $1,763,989.96 |
| 10 | Deepomatic Inc.<br>Att: Officer, Manager, Authorized Person<br>500 7th Ave<br>New York, NY 10018-4502 | | | Contingent<br>Disputed | | | $1,218,456.27 |
| 11 | Telecon Design (USA) Inc.<br>Att: Officer, Manager, Authorized Agent<br>5225 W Wiley Post Way Ste 250<br>Salt Lake Cty, UT 84116-2801 | | | Disputed<br>Unliquidated | | | $1,057,397.30 |
| 12 | Splicer Plus Inc.<br>Att: Officer, Manager, Authorized Agent<br>867 Fm 1138<br>Royse City, TX 75189-4160 | | | Disputed | | | $642,827.01 |
| 13 | Workforce7 Inc.<br>Att: Officer, Manager, Authorized Agent<br>4226a White Plains Rd # 3<br>Bronx, NY 10466-3016 | | | Disputed | | | $640,000.00 |
| 14 | Vertiv Corporation<br>Att: Officer, Manager, Authorized Agent<br>505 N Cleveland Avenue<br>Westerville, OH 43082 | | | Disputed | | | $629,970.16 |
| 15 | Triple-X Connections Corp.<br>Att: Officer, Manager, Authorized Agent<br>2244 Victoria Dr<br>Davenport, FL 33837-1711 | | | Disputed | | | $497,234.99 |
| 16 | Asata Telecom LLC<br>Att: Officer, Manager, Authorized Agent<br>8 Tice Rd Apt 113<br>Franklin Lks, NJ 07417-1468 | | | Disputed | | | $485,000.00 |
| 17 | Work Zone Contractors LLC<br>Att: Officer, Manager, Authorized Agent<br>1222 Delsea Dr Unit A<br>Westville, NJ 08093-2227 | | | Disputed | | | $458,652.92 |
| 18 | High Point Utilities, L.L.C.<br>Att: Officer, Manager, Authorized Agent<br>150 Ryerson Ave<br>Wayne, NJ 07470-7214 | | | Disputed | | | $342,944.53 |
| 19 | MPEG Communications Corp.<br>Att: Officer, Manager, Authorized Agent<br>980 N Federal Hwy Ste 100<br>Boca Raton, FL 33432-2704 | | | Disputed | | | $333,333.33 |

| 20 | Phase One Communications, LLC<br>Att: Officer, Manager, Authorized Person<br>28 W Sandford Blvd<br>Mount Vernon, NY 10550-4416 | | | Disputed | | | $332,541.97 |
|---|---|---|---|---|---|---|---|