UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| EXCELL COMMUNICATIONS, INC., *et al.*,[1] | Case No. 25-71444 (LAS) |
| Debtors. | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the law firm of K&L Gates LLP, by and through Emily K. Steele, as counsel of record in the above-captioned case for Telecon Design (USA) Inc. ("Telecon"), hereby enters their appearance and requests that copies of all notices, pleadings, and other papers required to be served or mailed (whether electronically or otherwise) in this case be sent to:

> Emily K. Steele
> K&L Gates LLP
> 301 Hillsborough Street, Suite 1200
> Raleigh, NC 27603
> Telephone: (919) 743-7300
> Email: emily.steele@klgates.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing simply constitutes a demand and request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers nor any prior or later appearance, pleading, claim, or suit shall

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: E-Fleet Services Corp. (3213), Excell Communications, Inc. (3973), and Telecable, Inc. (7957). The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 255 Executive Drive, Suite 409, Plainview, New York 11803.

constitute a waiver of any of Telecon's rights in this case or any other proceeding relating to this case, including, without limitation, the following rights:

1. Telecon's right to receive service of complaints, summons or other pleadings or documents required to be served in accordance with Rule 7004 of the Federal Rules of Bankruptcy Procedure. The undersigned counsel is expressly not authorized to accept service of a summons and complaint or any other pleading in any adversary proceeding or other litigation without express written permission from Telecon;

2. Telecon's right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court;

3. Telecon's right to trial by jury in any proceeding as to any and all matters so triable, whether or not such proceedings be designated legal or equitable, core or non-core;

4. Telecon's right to seek withdrawal of the reference of this proceeding or any related contested matter or adversary proceeding by the United States District Court in any contested matter or proceeding subject to mandatory or discretionary withdrawal, including proceedings over which the Court lacks the constitutional authority to enter final judgments pursuant to the decision of the United States Supreme Court in *Stern v. Marshall*, 131 S. Ct. 2594 (2011); and

5. Telecon's other rights, claims, actions, defenses, setoffs, recoupments or other matters to which it is entitled under any agreements, at law, in equity, or otherwise, all of which are expressly reserved.

*[Signature page follows]*

| | |
|---|---|
| Dated:  April 16, 2025 | **K&L GATES LLP** |
| | |
| | _/s/ Emily K. Steele_ |
| | Emily K. Steele |
| | North Carolina State Bar No. 47925 |
| | K&L Gates LLP |
| | 301 Hillsborough Street, Suite 1200 |
| | Raleigh, North Carolina 27603 |
| | Telephone: (919) 743-7300 |
| | |
| | *Counsel for Telecon Design (USA) Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2025, I caused a copy of the foregoing *Notice of Appearance and Request for Service of Papers* to be served on those persons receiving notice through CM/ECF.

*/s/ Emily K. Steele*
Emily K. Steele
