

**MICHAEL S. AMATO**
PARTNER
DIRECT DIAL: (516) 812-6308
DIRECT FACSIMILE: (516) 750-6435
MAMATO @FORCHELLILAW.COM

July 15, 2026

**VIA ECF**

Hon. Louis A. Scarcella
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato U.S. Courthouse
290 Federal Plaza
Central Islip, New York 11722

> RE:   *In re Excell Communications, Inc. et al*, Case No.: 25-71444 LAS
> *Debtors' First Omnibus Objection (Substantive) to Certain Claims Pursuant*
> *to 11 USC § 502 and FRBP 3007* (ECF Doc. No. 283)

Judge Scarcella:

The Debtors intend to proceed with Colliers Engineering & Design, Inc.'s Notice of Cross Motion (ECF Doc. No. 298) as it relates to the request for an allowed administrative expense claim pursuant to 11 U.S.C. § 503(b)(1)(A) at the hearing on July 16, 2026 (the "Hearing").

The Debtors propose to adjourn the Omnibus Objection related to those Claims listed on Schedule 1 attached hereto to a date set by the Court at the Hearing.

Respectfully submitted,

FORCHELLI DEEGAN TERRANA LLP

*Michael S. Amato*

MICHAEL S. AMATO

MSA/jm

## Schedule 1 – Adjourned Claim Objections

| Claimant | Claim Number | Objection Filed | Status |
|---|---|---|---|
| PC & J Contractors | 56 | ECF 314 | Debtors Reviewing Objection |
| Telecon Design (USA) Inc. | 62 | ECF 302 (Reservation of Rights) | Discussion of Claim Status |
| Colliers Engineering & Design, Inc. | 53 | ECF 296[1] | Settlement Discussions |
| Genesys Management, LLC | 69 | ECF 294 | Settlement Discussions |
| Merchants Fleet | 59 | ECF 303 | Settlement Discussions |
| Workforce7, Inc. | 26 | ECF 304 | Settlement Discussions |
| Travelers Casualty and Surety, Co. | 28 | None – Counsel Contacted Debtors' Counsel | Settlement Discussions |
| Triple-X Connections Corp | 8 | ECF 295 | Settlement Discussions |
| Pacific Tech Communications Inc. | 68 | ECF 307 | Debtors Reviewing Objection |
| JRP Realty LLC | 20 | ECF 293 | Debtors Reviewing Objection |
| Carol Bermingham | 52 | ECF 299 | Debtors Reviewing Objection |
| Vertiv Corporation | 70 | None – Counsel Contacted Debtors' Counsel | Settlement Discussions |
| Regions Bank | 1, 63 | None – Counsel Contacted Debtors' Counsel | Resolved |
| H&R Realty Group LLC | 21 | ECF 290 | Debtors Reviewing Objection |
| Dieze DMCC (f/k/a Digital Works Group DMCC) | 48 | ECF 300 | Settlement Discussions |

---

[1] The Debtors intend to proceed with Colliers' request for an allowed administrative expense claim pursuant to 11 U.S.C. § 503(b)(1)(A) but otherwise adjourn the Omnibus Objection.